Golnar J. Fozi, Esq. (SBN 167674)
Jeremy M. Dwork (SBN 254013)
Michael J. Minicilli, Esq. (SBN 286560)
Meyers Fozi, LLP
1808 Aston Avenue, Suite 100
Carlsbad, CA  92008
Tel:  (760) 444-0039; Fax:  (760) 444-0130
Email:   gfozi@meyersfozi.com
         jdwork@meyersfozi.com
         mminicilli@meyersfozi.com

Attorneys for Defendant,
MERCED IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHAU B. TRAN and JOHN GALLEGOS,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERCED IRRIGATION DISTRICT, a public entity,<br><br>    Defendant. | Case No.:   1:16-cv-00249-LJO-SAB<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON** |

All parties hereby stipulate and request that the court enter an order continuing the currently calendared scheduling conference by twenty-one (21) days to May 23, 2016, at 9:45 a.m. Good cause exists for the request:

1.   On February 22, 2016, plaintiffs filed their complaint.

2.   On March 2, 2016, plaintiffs requested that defendant sign a Waiver of Service of Summons to avoid unnecessary costs of service of summons.

3.   On March 23, 2016, defendant executed the Waiver of Service of Summons.  By statute, defendant's deadline to respond to the complaint was extended to May 2, 2016.  However, at that time the parties did not request that the scheduling conference be continued, and so the scheduling conference is currently set to be held on the same date as the filing deadline for defendant's responsive pleading.  Such scheduling conference is premature since no responsive

1. pleading will have been filed by the date currently set for the Joint Scheduling Report.

4. Further, since the date defendant returned the Waiver of Service of Summons, the parties have met and conferred through their counsel of record regarding a stipulation to sever plaintiffs' claims. Plaintiffs rejected defendant's request to sever their claims on April 22, 2016. Therefore, Defendant anticipates filing its motion to sever plaintiffs' claims into two separate lawsuits before the scheduling conference.

5. Plaintiffs and defendant are therefore in agreement that the Mandatory Scheduling Conference be continued twenty-one (21) days with the Joint Scheduling Report to be electronically filed one (1) week prior to the Scheduling Conference. The parties respectfully request that the Court so order.

Dated: April 27, 2016                    Meyers Fozi, LLP

                                         By: */s/ Golnar J. Fozi*_____
                                             Golnar J. Fozi
                                             Jeremy M. Dwork
                                             Michael J. Minicilli
                                             Attorneys for Defendant,
                                             MERCED IRRIGATION DISTRICT


Dated: April 27, 2016                    Murray & Associates

                                         By: */s/ Lawrence D. Murray*_____
                                             Lawrence D. Murray
                                             Attorneys for Plaintiffs,
                                             CHAU B. TRAN and
                                             JOHN GALLEGOS

2

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the Scheduling Conference is continued to MAY 23, 2016, at 9:45 a.m. with the Joint Scheduling Report to be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:  **April 27, 2016**

UNITED STATES MAGISTRATE JUDGE