1  Golnar J. Fozi, Esq. (SBN 167674)
   Jeremy M. Dwork (SBN 254013)
2  Naomi C. Pontious (SBN 288580)
   Meyers Fozi, LLP
3  1808 Aston Avenue, Suite 100
   Carlsbad, CA  92008
4  Tel:  (760) 444-0039; Fax:  (760) 444-0130
   Email:   gfozi@meyersfozi.com
5            jdwork@meyersfozi.com
             npontious@meyersfozi.com
6

7  Attorneys for Defendant,
   MERCED IRRIGATION DISTRICT

8

9                   **UNITED STATES DISTRICT COURT**

10        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

11

12  CHAU B. TRAN                          Case No.:   1:16-cv-00249-LJO-SAB

13              Plaintiffs,              **STIPULATION AND ORDER**
                                         **EXTENDING THE DISCOVERY CUT OFF**
14        v.                             **AND EXPERT EXCHANGE DATES**

15  MERCED IRRIGATION DISTRICT, a public
    entity,
16              Defendant.

17

        **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
18
   **RECORD HEREIN:**
19
        Plaintiff Chau B. Tran ("Plaintiff") by and through his counsel of record, and Defendant
20
   Merced Irrigation District ("Defendant") by and though its counsel of record, hereby acknowledge,
21
   stipulate, and agree as follows:
22
        **WHEREAS**, the parties initially agreed to a Non-expert Discovery Cutoff of December
23
   30, 2016 in their Joint Scheduling Report;
24
        **WHEREAS**, the first deposition in this action, the deposition of Plaintiff, took place on
25
   November 16, 2016;
26
        **WHEREAS**, Plaintiff has not yet taken a deposition in this matter;
27

28                                          1

**WHEREAS**, the parties anticipate the need to take up to twenty depositions in the matter, including the depositions of individuals in various locations throughout the State of California that will require extensive travel for both parties and counsel;

**WHEREAS**, the parties further wish to accommodate deponent's schedules;

**WHEREAS,** both parties agree additional time is needed to complete discovery;

**THE PARITES HEREBY STIPULATE AS FOLLOWS:**

1. The deadline to complete non-expert discovery will be extended from December 30, 2016 to March 31, 2017;

2. The deadline to complete expert disclosure will be extended from March 6, 2017 to April 15, 2017; and

3. All other dates calendared by this Court, agreed upon in the Joint Scheduling Report, or Scheduled as a result of the trial date will remain in effect and unchanged.

**IT IS SO STIPUALTED**

<b>MEYERS FOZI</b>

Date: 11/30/2016      BY: */s/Golnar J. Fozi*
             Golnar J. Fozi, Esq.
             Jeremy M. Dwork
             Naomi C. Pontious
             Attorneys for Defendant,
             MERCED IRRIGATION DISTRICT

<b>MURRAY &amp; ASSOCIATES</b>

Date: November 29, 2016      BY:*/s/Lawrence D. Murray*
             Lawrence D. Murray
             Attorneys for Plaintiff Chau B. Tran

**ORDER**

Having read and considered the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1.  The deadline to complete non-expert discovery will be extended from December 30, 2016 to March 31, 2017;

2.  The deadline to complete expert disclosure will be extended from March 6, 2017 to April 15, 2017; and

3.  All other dates calendared by this Court, agreed upon in the Joint Scheduling Report, or Scheduled as a result of the trial date will remain in effect and unchanged.

IT IS SO ORDERED.

Dated:   **December 1, 2016**    

UNITED STATES MAGISTRATE JUDGE