# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU TRAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCED IRRIGATION DISTRICT; and DOES 1 through 10,<br><br>    Defendants. | Case No.: 1:16-cv-00249-LJO-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 36)<br><br>THIRTY-DAY DEADLINE |

   The parties in this action have reached settlement and were ordered to file dispositive documents within seven days of February 28, 2017.  On March 7, 2017, the parties filed a request for an extension of time to file dispositive documents.

   Based on the foregoing, IT IS HEREBY ORDERED that the parties shall file dispositive documents in this action within thirty days from the date of entry of this order.

IT IS SO ORDERED.

Dated: **March 8, 2017**               

                     UNITED STATES MAGISTRATE JUDGE